IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:09CR129
                             )
       v.                    )
                             )
BRYAN S. BEHRENS,            )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on the motion by victims for leave to file an amicus brief (Filing No. 141). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the amicus brief by moving victims is deemed filed.

DATED this 25th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court