IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:09CR129 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN S. BEHRENS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon defendant's motion for release pending appeal (Filing No. 157). The government has filed a response in opposition to said motion (Filing No. 163). The Court has reviewed the motion and the response and finds defendant's motion for release should be denied. Accordingly,

IT IS ORDERED that defendant's motion for release (Filing No. 157) is denied.

DATED this 18th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court